UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-cr-00892 YGR |
| vs. | **ORDER FOR ADDITIONAL BRIEFING AND CONTINUING THE MOTION TO SUPPRESS** |
| ROBERT JOSEPH LUDDEN, | |
| Defendant | |

Pending before this Court is Defendant's Motion to Suppress.  As the burden is on the United States of America to show that the search at issue was lawful, the government is ordered to file a Response to Defendant's Reply Re: Motion to Suppress Evidence (Dkt. 15) including additional authorities and arguments limited to the scope of the Defendant's Reply.  Said Response shall be filed by August 27, 2013 with a courtesy copy delivered to chambers.

The hearing on the motion is hereby continued until September 5, 2013 at 3:00 p.m.

**IT IS SO ORDERED.**

**DATED:  AUGUST 16, 2013**

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge